IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01647-WJM-MEH

HOLLY MACINTYRE,

      Plaintiff,

v.

JP MORGAN CHASE, NATIONAL ASSOCIATION,
ARONOWITZ & MECKELBERG, LLP, and
MARGARET T. CHAPMAN, Public Trustee of Jefferson County in her official capacity,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 5, 2013.**

On September 2, 2013, Plaintiff filed an Amended Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1) [docket #20].   According to the Tenth Circuit, an amended pleading "supersedes the original complaint and renders the original complaint of no legal effect." *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991).   Therefore, Defendant JPMorgan Chase Bank, National Association's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [filed August 12, 2013; docket #18] is **denied as moot** with leave to re-file, if Defendant so chooses, in response to the Amended Complaint.   *See Estate of Howard v. Cnty. of El Paso, Colo.*, No. 10-cv-02740-CMA-MEH, 2011 WL 1562843, at *4 (D. Colo. Apr. 22, 2011) (recognizing "requirement to file another responsive pleading to an Amended Complaint").