IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01647-WJM-MEH

HOLLY MACINTYRE,

    Plaintiff,

v.

JP MORGAN CHASE, NATIONAL ASSOCIATION,
ARONOWITZ & MECKELBERG, LLP, and
MARGARET T. CHAPMAN, Public Trustee of Jefferson County in her official capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2013.**

    The parties' Joint and Unopposed Motion to Convert October 4, 2013 Scheduling Conference and Vacate Certain Pre-Trial Deadlines is **granted**. The October 4, 2013 Scheduling Conference is **converted** to a Status Conference and the September 30, 2013 deadline to file a proposed Scheduling Order is **vacated**.