IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01647-WJM-MEH

HOLLY MACINTYRE,

    Plaintiff,

v.

JP MORGAN CHASE, NATIONAL ASSOCIATION,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2014**.

    Defendant JPMorgan Chase Bank, National Association's Second Status Report and Unopposed Motion to Continue Stay [filed December 9, 2014; docket #106] is **granted**. Defendant has informed the Court that the state court held a trial in the judicial foreclosure action on December 2, 2014. The state court has taken the matter under advisement and intends to issue a final order and judgment on or before December 19, 2014. The Court will stay this case pending the state court's ruling; Defendant shall file a status report informing the Court of the outcome of the judicial foreclosure action on or before **January 5, 2015**.