**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-1647-WJM-MEH

HOLLY MACINTYRE,

    Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,

    Defendant.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**

---

    This matter comes before the Court on Defendant's Fourth Status Report and Motion to Continue to Stay filed on February 11, 2015.  (ECF No. 113.)  On October 9, 2014, U.S. Magistrate Judge Michael E. Hegarty entered an order staying this matter until the State Court Judicial Foreclosure proceedings against the property at issue in this case have been resolved.  (ECF No. 100.)  Plaintiff has since filed a Notice of Appeal of the State Court Final Judgment which is pending before the Colorado Court of Appeals.  (ECF No. 113 at 3.)  As a consequence, this case is likely to remain stayed for an indeterminate amount of time.  The Court now having considered the effect of the stay on these proceedings, and being otherwise fully advised, ORDERS as follows:

    Pursuant to local rule D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED.  The Parties may seek leave to reopen this case, for good cause shown, once the Judicial Foreclosure proceedings have been fully resolved.

It is FURTHER ORDERED that Defendant's Fourth Status Report and Motion to Continue Stay (ECF No. 113) is DENIED as MOOT.  Defendant's pending Motion for Attorney Fees (ECF No. 101) is DENIED WITHOUT PREJUDICE to refiling upon the reopening of this matter.

Dated this 11th day of February, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge